TROIANO et al., Respondents, v. EGAN et al., Appellants. (Supreme Court, Appellate Division, First Department. January 31, 1913.) Action by Andrew Troiano and others against Charles E. Egan and others. J. E. Doherty, of Brooklyn, for appellants. J. G. Deane, of New York City, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

TROTTER, Respondent, v. DICK et al., Appellants. (Supreme Court, Appellate Division, First Department. January 3, 1913.) Action by Walter F. Trotter, as receiver, against William A. Dick and others. R. P. Buell, of New York City, for appellants. H. A. Bayne, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements, with leave to defendants to withdraw demurrer and to answer, on payment of costs. Order filed. See, also, 139 N. Y. Supp. 1148.

TROTTER v. DICK et al. (Supreme Court, Appellate Division, First Department. January 31, 1913.) Action by Walter F. Trotter, as receiver, etc., against William A. Dick and others. No opinion. Motions granted. Questions certified. Order filed. See, also, 139 N. Y. Supp. 1148.

TROTTER v. IRON RY. CO. et al. (Supreme Court, Appellate Division, First Department. January 31, 1913.) Action by Walter F. Trotter, as receiver, etc., against the Iron Railway Company, impleaded with others. No opinion. Motion granted. Questions certified. Order filed.

TROTTER v. LISMAN et al. (Supreme Court, Appellate Division, First Department. January 3, 1913.) Appeal from Special Term, New York County. Action by Walter F. Trotter, as receiver, against Frederick J. Lisman and others. From a judgment sustaining the demurrer interposed by the Iron Railway Company, and dismissing the complaint, plaintiff appeals. Reversed, and demurrer overruled. See, also, 131 App. Div. 932, 116 N. Y. Supp. 1149. Hugh A. Bayne, of New York City, for appellant. George Welwood Murray, of New York City, for respondent.

PER CURIAM. Judgment appealed from must be reversed, with costs, and the demurrer overruled, with costs, with leave to the defendant to withdraw the demurrer and to answer, on payment of costs in this court and in the court below, on the ground that the demurring defendant is a proper, although perhaps not a necessary, party to the action.

TROWBRIDGE, Appellant, v. TOWNSEND, Respondent. (Supreme Court, Appellate Division, First Department. January 31, 1913.) Action by Katharine B. Trowbridge against James M. Townsend, individually and as execu-

tor, etc. W. T. Jerome, of New York City, for appellant. C. V. Anable, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

TULL, Respondent, v. BARRETT, Appellant. (Supreme Court, Appellate Division, First Department. January 31, 1913.) Action by Edward E. Tull against Marian A. Barrett. R. P. Buell, of New York City, for appellant. C. O. Maas, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements, with leave to defendant to withdraw demurrer, upon payment of costs in this court and in the court below. Order filed.

UNGER et al., Respondents, v. MILLAR et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. January 8, 1913.) Action by George E. Unger and others against John C. Millar, individually, etc., and another. No opinion. Motion for leave to appeal to Court of Appeals (from 138 N. Y. Supp. 1146) denied, with $10 costs.

URLACHER, Respondent, v. NEW YORK TELEPHONE CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 17, 1913.) Action by Charles Urlacher against the New York Telephone Company. No opinion. Motions denied, without costs.

UTESS, Respondent, v. ERIE R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 8, 1913.) Action by Max F. Utess against the Erie Railroad Company.

PER CURIAM. Judgment and order affirmed, with costs. See, also, 140 App. Div. 922, 125 N. Y. Supp. 1148.

McLENNAN, P. J., and LAMBERT, J., dissent, upon the authority of decision in same case on former appeal, reported at 204 N. Y. 324, 97 N. E. 722.

VANDIVER, Appellant, v. WILLIAMS et al., Respondent. (Supreme Court, Appellate Division, First Department. January 24, 1913.) Action by Almuth C. Vandiver against John Williams and another. C. S. Mackenzie, of New York City, for appellant. W. H. Baker, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

VAN VOORHIS, Respondent, v. MARTIN, Appellant. (Supreme Court, Appellate Division, Second Department. January 10, 1913.) Action by Annie C. Van Voorhis against James E. Martin. No opinion. Judgment and order unanimously affirmed, with costs.

VOJTOISOVICSH, Respondent, v. SOLVAY PROCESS CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. Jan-

uary 8, 1913.) Action by Joseph Vojtoisovicsh, an infant, etc., against the Solvay Process Company. No opinion. Judgment and order affirmed, with costs.

In re VOXMAN. (Supreme Court, Appellate Division, First Department. January 24, 1913.) In the matter of William Voxman. No opinion. Application granted. Settle order on notice. See, also, 148 App. Div. 286, 132 N. Y. Supp. 217.

In re WALSH. (Supreme Court, Appellate Division, Second Department. January 17, 1913.) In the matter of Joseph A. Walsh, an attorney. No opinion. Motion granted, and respondent suspended from practice for a period of three years from the date of the entry of the order herein.

WALSH, Respondent, v. SHEEHY, Appellant. (Supreme Court, Appellate Division, Second Department. January 24, 1913.) Action by John A. Walsh against Frank Sheehy.

PER CURIAM. Judgment and order reversed, and new trial granted, costs to abide the event, on the ground that the verdict of the jury as to alienation of the affections of plaintiff's wife by defendant was not sufficiently justified by the evidence.

WARD, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 22, 1913.) Action by William Ward against the New York Central & Hudson River Railroad Company.

PER CURIAM. Judgment and order reversed, and new trial granted, with costs to appellant to abide event, upon the ground that the verdict of the jury on the question of defendant's negligence is contrary to and against the weight of the evidence.

ROBSON, J., dissents.

WASHBURN et al., Respondents, v. SALMON, Appellant. (Supreme Court, Appellate Division, Second Department. January 17, 1913.) Action by Albert H. Washburn and another against William Salmon. No opinion. Motion denied, with $10 costs. See, also, 138 N. Y. Supp. 1148.

WATSON v. BEAVER. (Supreme Court, Appellate Division, First Department. January 17, 1913.) Action by John H. Watson against William Beaver. No opinion. Motion granted, unless appellant complies with terms stated in order. Order filed. See, also, 152 App. Div. 947, 137 N. Y. Supp. 1148.

WEINSTEIN v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. January 17, 1913.) Action by Nathan Weinstein against the City of New York. No opinion. Application granted. Order signed.

WEINUS v. LIGHT et al. (Supreme Court, Appellate Division, First Department. January 31, 1913.) Action by Morris Weinus against Benjamin Light and others. No opinion. Application denied, with $10 costs. Order signed. See, also, 127 N. Y. Supp. 465.

WELLS, Appellant, v. SCOFIELD, Respondent. (Supreme Court, Appellate Division, Third Department. January 16, 1913.) Action by Aaron Wells against Carrie L. Scofield, as administratrix, etc., of Frederick R. Scofield, deceased. No opinion. Motion granted, with $10 costs, unless the appellant serves his case and brings the same on for argument at the March term, in which case motion denied, without costs. See, also, 138 N. Y. Supp. 1148.

WESTER et al., Respondents, v. CASEIN CO. OF AMERICA, Appellant. (Supreme Court, Appellate Division, First Department. January 31, 1913.) Action by Juan E. Wester and others against the Casein Company of America. C. J. Hardy, of New York City, for appellant. P. B. Olney, of New York City, for respondents. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 140 App. Div. 442, 125 N. Y. Supp. 335.

In re WHITE. (Supreme Court, Appellate Division, Second Department. January 24, 1913.) In the matter of William H. White, an attorney. No opinion. Matter referred to Hon. William D. Dickey, official referee, for hearing and report, with his opinion.

WHITE et al. v. CITY OF NEW YORK et al. (Supreme Court, Appellate Division, Second Department. January 24, 1913.) Action by Maud S. White and others against the city of New York and Bryant Seaman. No opinion. Judgment affirmed, with costs.

WHITE, Respondent, v. POWLEY et al., Appellants. (Supreme Court, Appellate Division, Third Department. December 30, 1912.) Action by Daniel White against Joseph L. Powley, and others. No opinion. Judgment and order unanimously affirmed, with costs.

WHITE v. SCHWEITZER et al. (Supreme Court, Appellate Division, Second Department. January 17, 1913.) Appeal from Trial Term, Nassau County. Action by William E. White against Nathan Schweitzer and another. From a judgment for defendants, plaintiff appeals. Reversed, and new trial granted. See, also, 149 App. Div. 954, 133 N. Y. Supp. 1149. Hartwell Cabell, of New York City, for appel-